# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONTA L. CADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 15-1297-SCW |
| | ) |
| DR. J. COE, KATHY D. MUSGRAVE, L. PHILLIPPE, JEFFREY STRUBHART, RYAN SCHOON, JANE DOE Nurse Tracey, JANE DOE Nurse, and JAMES M. HIGGINS, E. BARE, and WEXFORD HEALTH SOURCES, INC., | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendant Jeffrey Strubhart was dismissed without prejudice on December 15, 2015 by and Order entered by Chief Judge Michael J. Reagan (Doc. 7).

Defendants Jane Doe Nurse Tracey and Jane Doe Nurse were dismissed without prejudice on August 18, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 127).

Defendants Kathy D. Musgrave, Ryan Schoon, and E. Bare were voluntarily dismissed without prejudice on December 13, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 151).

The remaining claims are dismissed with prejudice and without costs as to Defendants Wexford Health Sources, Inc., Dr. John Coe, L. Phillipe, and James Higgins in accordance with Order entered by Magistrate Judge Stephen C. Williams (Doc. 189_.

THEREFORE, judgment is entered in favor of Defendants Wexford Health Sources, Inc., Dr. John Coe, L. Phillipe, and James Higgins and against Plaintiff Donta L. Cade.

The Plaintiff should take notice of the fact that he has 28 days from the date of this

judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be extended if excusable neglect or good cause is shown.

    **DATED** this 30th day of October, 2018

**MARGARET M. ROBERTIE, CLERK**

BY: */s/ Angela Vehlewald*
      **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
    **United States Magistrate Judge**
    **Stephen C. Williams**